**Electronically Filed
Supreme Court
SCWC-16-0000351
29-AUG-2019
10:01 AM**

SCWC-16-0000351

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

JOHN DOE, Petitioner/Appellant-Appellant,

vs.

ATTORNEY GENERAL, CLARE E. CONNORS,
Respondent/Appellee-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000351; CIV. NO. 15-1-2158)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Appellant-Appellant John Doe's application for writ of certiorari filed on July 5, 2019, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case.  Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, August 29, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

